OPINION — AG — THE STATE COMMISSIONER OF HEALTH IS NOT AUTHORIZED TO ISSUE A NURSING HOME LICENSE TO AN INSTITUTION ALREADY LICENSED AS A GENERAL HOSPITAL, FOR NURSING HOME CARE FACILITIES THAT ARE OPERATED ADMINISTRATIVELY OR PROFESSIONALLY AS A PART OF OR AN ADJUNCT TO SUCH HOSPITAL. IT IS THE OPINION OF THE AG THAT THE GENERAL HOSPITAL LICENSE IS A SUFFICIENT AUTHORIZATION FOR THE OPERATION OF SUCH NURSING HOME CARE FACILITIES. CITE: 63 O.S.H. 330.1, 63 O.S.H. 326.1-326.13 (J. H. JOHNSON)